UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JARIUS YOUNG** | **CIVIL ACTION NO. 16-0199** |
|     LA. DOC #588133 | |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **OUACHITA CORRECTIONAL CENTER** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DENIED** and **DISMISSED** as **MOOT**.

MONROE, LOUISIANA, this 19th day of April, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE